TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RYAN MCCARTHY
Arizona State Bar No. 029804
MARIA R. GUTIERREZ
Arizona State Bar. No. 026659
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.McCarthy@usdoj.gov
Email: Maria.Gutierrez@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 13 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-08073-PCT-KML (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 659 (Possession or Receipt of Goods Stolen from Interstate Shipment) Counts 1 and 2 |
| 1. Gerardo Yahir Sanchez-Siquieros, (Count 1) | |
| 2. Juan Roberto Zuniga-Barragan, (Count 2) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about April 15, 2025, in the District of Arizona, Defendant, GERARDO YAHIR SANCHEZ-SIQUIEROS, knowingly did have in his possession goods and chattels of a value in excess of $1,000.00, that is Nike shoes found in a van with Arizona License Plate Z3A53Y, which had been stolen from a Burlington Northern Santa Fe train while moving in interstate commerce from the State of California to the State of Arizona, knowing said goods and chattels to be stolen.

In violation of Title 18, United State Code, Section 659.

**COUNT 2**

On or about April 15, 2025, in the District of Arizona, Defendant, JUAN ROBERTO ZUNIGA-BARRAGAN, knowingly did have in his possession goods and chattels of a value in excess of $1,000.00, that is Nike shoes found in a van with Arizona License Plate RBA7GX, which had been stolen from a Burlington Northern Santa Fe train while moving in interstate commerce from the State of California to the State of Arizona, knowing said goods and chattels to be stolen.

In violation of Title 18, United State Code, Section 659.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: May 13, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
RYAN MCCARTHY
MARIA R. GUTIERREZ
Assistant U.S. Attorneys